396 A.2d 843

Shope, Appellant, v. Smolka.

644

 Argued October 25, 1978. David M. Priselac, for appellant; Carl E. Fisher, for appellee.

Before CERCONE, WIEAND and LIPEZ, JJ.

Order affirmed.